## G. PATRICK COLLINS & ASSOCIATES

*Attorneys At Law*

*G. Patrick Collins\**
*Managing Attorney*

*Susan L. Florence\*\**
*Lead Counsel*

*Noe Moreno*

*440 Louisiana, Suite 1000*
*Houston, Texas 77002*

*Fax: 1-877-684-4165*

*E-Service Email: HoustonLegal@allstate.com*

**STAFF COUNSEL**
*Allstate Insurance Company*
*Encompass Insurance Company*
*Esurance Insurance Company*

*All Attorneys are Employees of*

*Allstate Insurance Company*

*Maggie Rico-Zamora*
*Lead Counsel*

*Rachel R. Hancock*
*Todd Hermes*
*Melissa Krampota*
*Jason Orgeron*
*Leonard Rubin*
*Michael Simcoe*
*Jill Warren*
*Vervie Jones-White*

\* Also Admitted in California
\*\* Board Certified - Personal Injury Trial
Law, Texas Board of Legal Specialization

*This Office is not a Partnership or a Corporation*

*Attorney*
*(713) 336-2824*

*Administrative Assistant*
*(713) 336-2823*

*Paralegal*
*(713) 336-2858*

December 17, 2014

**VIA FACSIMILE: (713) 468-1118**

Mario Caballero, Esq.
10109 Hammerly
Houston, TX 77080

Re:  Villegas vs. Lozano, et al
     Cause Number: 1024891
     Date of Loss: December 19, 2010
     Our File Number: 0186201364.1

Dear Mr. Caballero:

TOMAS VILLEGAS and DENISE LONG agree to settle this case for $1,750.00 for bodily injury and $2,000.00 for property damage inclusive of any and all liens and/or subrogated interests. In exchange for the payment of the sum of $1,750.00 for bodily injury and $2,000.00 for property damage, upon receipt of the settlement checks, TOMAS VILLEGAS shall dismiss the case with prejudice to any refiling and provide DENISE LONG with a full and final release.

In addition, Plaintiff's Counsel will provide Defense Counsel with drafting instructions for proper and direct payment to the lienholder or holder of a subrogated interest. Counsel for Plaintiff agrees to hold the settlement checks in trust and that payment is contingent upon the receipt of the properly executed closing documents.

Exhibit 'A'

Mario Caballero, Esq.
Villegas vs. Lozano, et al
December 17, 2014
Page 2 of 2

If these are the terms of our agreement, please sign below in the space provided, and return it to me via fax. Pursuant to Rule 11, Texas Rules of Civil Procedure, a copy of this letter will be filed among the papers of this cause to evidence our agreement in this matter.

Your consideration in this matter is deeply appreciated.

Sincerely,                                        Agreed:

G. PATRICK COLLINS & ASSOCIATES


**JILL WARREN**                                  **MARIO CABALLERO**
For general communication:
*jelse@allstate.com*
For e-service: *HoustonLegal@allstate.com*
Attorney for DENISE LONG                         Attorney for TOMAS VILLEGAS